

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00699-CV

**ORION DRILLING COMPANY, LLC**,
Appellant

v.

**TX ENERGY SERVICES, LLC**,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 19-07-59662-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

Appellant's brief was due on November 21, 2019. Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, on or before **December 16, 2019**, its appellant's brief and a written response reasonably explaining (1) its failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.



Michael A. Cruz,
Clerk of Court